SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

RICHARD ORTIZ,

          Petitioner,

  -against-

JUSTIN TAYLOR,

          Respondent.
_____X

CIVIL

**JUDGMENT**

07 Civ. 7552 (KMW)

Pursuant to the order issued on JUL 25 2008 by the Honorable Kimba M. Wood, Chief Judge, dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254, it is,

**ORDERED, ADJUDGED AND DECREED:** That the petition is hereby dismissed. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c). The Court certifies under 28 U.S.C. § 1915(a) that any appeal from this order would not be taken in good faith.

                                                /s/ Wood
                                             KIMBA M. WOOD
                                              Chief Judge

Dated: JUL 25 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.